DELLA BAHAN (SBN 88649)
JENNIFER A. REISCH (SBN 223671)
BAHAN & ASSOCIATES
140 South Lake Avenue, Suite 230
Pasadena, CA 91101
Tel: (626) 796-5100
Fax: (626) 796-9895

Attorneys for Plaintiffs

PATRICIA STAMBELOS (SBN 166998)
FORD & HARRISON
350 South Grand Avenue
Suite 2300
Los Angeles, California 90071
Tel: (213) 237-2400
Fax: (213) 237-2401

Attorneys for Defendants

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER ABASI, DON COGSWELL, JO KRAWSOWSKI, and DAVID SELVIDGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HCA-THE HEALTH CARE COMPANY, INC., a Delaware corporation; HCA, Inc., a Delaware corporation, LOS ROBLES REGIONAL MEDICAL CENTER, INC., a California corporation, dba Los Robles Regional Medical Center and, DOES 1-10,<br><br>Defendants. | CASE NO. CV 03-7606 GHK (Mcx)<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' COMPLAINT TO ADD LOS ROBLES REGIONAL MEDICAL CENTER, A CALIFORNIA CORPORATION, d/b/a LOS ROBLES REGIONAL MEDICAL CENTER AS A DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective undersigned counsel, that plaintiffs' complaint shall be

1

DOCKETED ON CM
MAR 30 2004
BY _____ 009

1  amended to name Los Robles Regional Medical Center, a California Corporation,
2  d/b/a Los Robles Regional Medical Center as an additional defendant and that
3  plaintiffs' Second Amended Complaint may be filed herewith pursuant to
4  Fed.R.Civ.P. 15(a).

5   IT IS SO STIPULATED.

7  Dated: March 25, 2004          BAHAN & ASSOCIATES

                                  _____
                                  DELLA BAHAN
                                  Attorneys for Plaintiffs

11 Dated: March ___, 2004         FORD & HARRISON LLP

                                  Fax Signature Attached
                                  _____
                                  PATRICIA STAMBELOS
                                  Attorneys for Defendants

                                  **ORDER**

17 IT IS SO ORDERED.

19 Dated: 3/26/04                  _____
                                   HON. GEORGE H. KING
                                   United States District Judge

SCANNED

amended to name Los Robles Regional Medical Center, a California Corporation, d/b/a Los Robles Regional Medical Center as an additional defendant and that plaintiffs' Second Amended Complaint may be filed herewith pursuant to Fed.R.Civ.P. 15(a).

IT IS SO STIPULATED.

Dated: March 25, 2004          BAHAN & ASSOCIATES

                               _____
                               DELLA BAHAN
                               Attorneys for Plaintiffs

Dated: March 25, 2004          FORD & HARRISON LLP

                               _____
                               PATRICIA STAMBELOS
                               Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:
                               _____
                               HON. GEORGE H. KING
                               United States District Judge

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 140 S. Lake Avenue, Suite 230, Pasadena, California 91101.

    On March 26, 2004, I served the foregoing document described as STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFFS' COMPLAINT TO ADD LOS ROBLES REGIONAL MEDICAL, A CALIFORNIA CORPORATION, d/b/a LOS ROBLES REGIONAL MEDICAL CENTER AS A DEFENDANT on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patricia Stambelos, Esq.
Ford and Harrison
350 S. Grand Avenue
Suite 2300
Los Angeles, CA 90071

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on March 26, 2004.

[ ] **(By Personal Service)**
I caused such envelope to be delivered by hand to the offices of the addressee. Executed on March 26, 2004.

[X] **(Federal Court)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Nathan Howe*
NATHAN HOWE