1  DELLA BAHAN (S.B. No. 88649)
   BAHAN & ASSOCIATES
2  140 South Lake Avenue, Suite 230
   Pasadena, CA 91101
3  Tel: (626) 796-5100; Fax: (626) 796-9895

4  Attorneys for Plaintiffs

5
   PATRICIA T. STAMBELOS (SBN 166998)
6  BRETT P. RUZZO (SBN 229850)
   FORD & HARRISON
7  350 South Grand Avenue
   Suite 2300
8  Los Angeles, California 90071
   Tel: (213) 237-2400; Fax: (213) 237-2401
9
   Attorneys for Defendants
10

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMER ABASI, et al., | CASE NO. CV 03-7606 GHK (Mcx) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT |
| v. | |
| HCA-THE HEALTH CARE COMPANY, INC., a Delaware corporation, et al., | Date: May 9, 2005<br>Time: 9:30 a.m.<br>Courtroom: Hon. George H. King<br>650 Roybal Building |
| Defendants. | |

**NOTE CHANGES MADE BY THE COURT.**

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

# ORDER

**UPON CONSIDERATION OF** the parties' Joint Motion for Final Approval of Class Action Settlement and the Motion by Class Counsel for Attorneys' Fees in the Amount Provided in the Class Settlement Agreement, and upon consideration of the points and authorities in support thereof, and Declarations of Della Bahan, Joseph Fisher, Richard Kakigi, Ph. D., Mark Rosenbaum, Dan Stormer, and Michael Rubin, and good cause existing therefor, and after a final fairness hearing held on May 9, 2005 at which no class member appeared or objected,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiffs are members of following settlement class previously certified by this Court under Federal Rule of Civil Procedure 23 ("Rule 23"):

> "All persons who worked eight-, ten-, or twelve-hour shifts as hourly employees of Los Robles Regional Medical Center ('LRRMC') at any time from October 23, 1999 up to and including July 31, 2004."

For settlement purposes, the Court also previously certified a settlement subclass under Rule 23 consisting of

> "All persons who worked twelve-hour shifts and were paid 'factored rates' of pay as hourly employees of LRRMC at any time from October 23, 1999 up to and including July 31, 2004."

The Court also previously certified an opt-in subclass under § 16(b) of the Fair Labor Standards Act ("FLSA") comprised of

> "All members of the Settlement Class who also sign consents to join as plaintiffs in this action pursuant to FLSA § 16(b)."

The Court finds that the Settlement Class and Subclasses are proper and should be certified, for settlement purposes only, in the circumstances of this case. Specifically, the Court finds that there is an ascertainable Class and a community of interests among the members of the Settlement Class and Subclasses.

1  Certification of the Settlement Class and Subclasses for settlement purposes is the
2  best means for protecting the interests of all members of the Class.
3       The Court further finds for the purposes of settlement that: (a) the members
4  of the Settlement Class and Subclasses are so numerous that joinder would be
5  impractical; (b) there is a commonality of interests between the named plaintiffs
6  and the members of the Settlement Class and Subclasses; (c) there are questions of
7  law and fact which are common to the Settlement Class and Subclasses and those
8  common questions predominate over individual questions; (d) the named
9  plaintiffs' claims are typical of the claims of absent members of the Settlement
10 Class and Subclasses; and (e) the named plaintiffs will fairly and adequately
11 represent the interests of absent Class and Subclass members.
12      2. Defendants are HCA, Inc. and Los Robles Regional Medical Center
13 ("Defendants").
14      3. The parties have reached a settlement of this class action which will fully
15 and finally resolve this litigation on terms memorialized in the Settlement
16 Agreement previously granted preliminary approval by the Court on January 11,
17 2005.
18      4. The parties have filed a Joint Motion for Final Approval of Class Action
19 Settlement, seeking the Court's final approval of the Settlement Agreement and
20 permission to process all claims received on or before the date of this Order. Class
21 Counsel have filed a separate Application for an Award of Attorneys' Fees as
22 Provided in the Class Settlement Agreement.
23      5. The Court finds that the terms of the Settlement Agreement are adequate,
24 fair, just, reasonable and equitable. The Court finds that the fees provided
25 in the Settlement Agreement and requested by Class Counsel are supported by
26 both the percentage-of-the-recovery and the lodestar-times-multiplier methods for
27 awarding fees in common fund class action settlements and the Court finds them
28 to be reasonable under the circumstances of this case. The Court further finds,

[Handwritten interlineation at line 23–24: "for the reasons, & based on the findings, set forth in open court at the hearing on approval on 5/9/05 and which is hereby incorporated herein by reference"]

3

1 | based on the request of the parties and the declaration of the Claims Administrator,
2 | that it is fair, just, and reasonable to pay claims filed after the March 15, 2005
3 | postmark deadline previously established by the Court and therefore extends the
4 | filing deadline to and including the date of this Order. Valid claims received on or
5 | before this date as determined by the Claims Administrator shall be processed in
6 | accordance with the terms of the Settlement Agreement, the terms of which are
7 | incorporated herein as though fully set forth. *Any opt-outs received by counsel as of this date shall also be deemed valid.* /K

8 |     6. Notice has been given to the class as ordered by the Court and no class
9 | member has objected to the Settlement.

10 |     For the foregoing reasons and based on the entire record of this case the
11 | parties' Joint Motion for Final Approval of Class Settlement Agreement is hereby
12 | **GRANTED**, and Class Counsel's Application for an Award of Attorneys' Fees in
13 | the Amount Provided in the Class Settlement Agreement is hereby **GRANTED**.

14 | **IT IS SO ORDERED.**

16 | DATED: 5/9/05

17 | HON. GEORGE H. KING
    | United States District Court

19 | Submitted by:

20 | BAHAN & ASSOCIATES

22 | By: _____
23 | Della Bahan
    | Attorneys for Plaintiffs

4

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 140 S. Lake Avenue, Suite 230, Pasadena, California 91101.

  On April 18, 2005, I served the foregoing document described as [PROPOSED] ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Brett Ruzzo, Esq.
Patricia Stambelos, Esq.
Ford and Harrison
350 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on April 18, 2005.

[X] **(By Personal Service)**
I caused such envelope to be delivered by hand to the offices of the addressee. Executed on April 18, 2005.

[X] **(Federal Court)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Nathan Howe*
NATHAN HOWE