LODGED

1  DELLA BAHAN (SBN 88649)
   BAHAN & ASSOCIATES
2  140 South Lake Avenue, Suite 230
   Pasadena, CA 91101
3  Tel: (626) 796-5100
   Fax: (626) 796-9895
4
   Attorneys for Plaintiffs
5
6  PATRICIA STAMBELOS (SBN 166998)
   FORD & HARRISON
7  350 South Grand Avenue
   Suite 2300
8  Los Angeles, California 90071
   Tel: (213) 237-2400
9  Fax: (213) 237-2401
10
   Attorneys for Defendants
11

FILED
CLERK, U S DISTRICT COURT
JUL - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

12                  UNITED STATES DISTRICT COURT
13                 CENTRAL DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  SAMER ABASI, DON COGSWELL, JO KRAWSOWSKI, and DAVID SELVIDGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HCA-THE HEALTH CARE COMPANY, INC., a Delaware corporation; HCA, Inc., a Delaware corporation, LOS ROBLES REGIONAL MEDICAL CENTER, INC., a California corporation, dba Los Robles Regional Medical Center and, DOES 1-10,<br><br>Defendants. | CASE NO. CV 03-7606 GHK (Mcx)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS |

CC: Fiscal

DOCKETED ON CM
JUL - 5 2005
BY ____ 009

By this joint application, plaintiffs Samer Abasi, Don Cogswell, Jo Krawsowski, and David Selvidge (collectively "Plaintiffs") and defendants HCA-The Health Care Company, Inc., HCA, Inc., and Los Robles Regional Medical Center, Inc. (collectively "Defendants") seek the Court's approval and Order regarding final distribution of the Settlement Funds, in order to resolve certain isolated problems which have arisen with respect to the distribution of the Settlement Fund. The Parties request the Court's approval of their proposed means of resolving these issues as described below.

WHEREAS, Defendants recently discovered and identified certain class members who had been promoted to management positions by the time the class list was prepared and therefore did not receive class notice ("newly-identified class members"); and

WHEREAS, the Claims Administrator erroneously omitted thirteen previously-identified class members who did file timely claims from the final list of approved claimants; and

WHEREAS, several previously-identified class members now claim that they mailed their claim form but no such claim was ever received; and

WHEREAS, one-third of the net Settlement Fund (the portion allocated as wages) has already been distributed to approved claimants but two-thirds of the funds (the portion allocated as penalties and interest) remain in the Settlement Account; and

WHEREAS, the Parties agree that distribution of the remaining two-thirds of the Settlement Funds should be delayed pending recalculation of the amounts

owed to all class members, and an appropriate notice period for the newly-identified class members; and

WHEREAS, the Parties have engaged in several telephonic conferences in an effort to reach agreement on an appropriate means of resolving these issues without any detriment to existing claimants and while protecting the notice and opt-out rights of newly-identified class members; and

WHEREAS, the Parties have agreed on the following procedures to ensure that (1) the newly-identified class members receive notice, an opportunity to opt-out or file claims, and appropriate amounts of compensation; (2) existing claimants who in fact sent timely and valid claims to the Claims Administrator receive appropriate shares of the Settlement Fund; and (3) the shares of those who filed timely claims are not diminished by allowing payment of untimely claims by previously-identified class members,

IT IS HEREBY STIPULATED that the following procedures should be followed to resolve these issues:

1. For the newly-identified class members, the parties will issue a new notice according to the following schedule:

    a. As soon as practicable, Defendants shall provide to the Claims Administrator and Class Counsel a final list of newly-identified class members. Within five days thereafter, the Claims Administrator will mail notice packets to these individuals, with deadlines as set forth below;

  b. Within 45 days of the date the Claims Administrator mails the new notice, objections to the settlement must be filed and served;

  c. Within 30 days of the Claims Administrator mailing the new notice, opt-out requests must be filed and served; and

  d. Within 60 days of the Claims Administrator mailing notice, claim forms and FLSA forms must be mailed to the Claims Administrator.

2. All newly-identified class members who file timely claims shall receive an appropriate amount from the Settlement Fund equivalent to what they would have received had they filed timely claims based on the original class notice. Defendants and The Notice Company shall pay all costs associated with the recalculation, notice, and processing of these claims, in proportions to be determined by them.

3. All previously-identified class members who filed timely and valid claims based on the original notice (including the thirteen who did not receive payments from the one-third of the Settlement Fund which has already been distributed) will be paid their appropriate pro rata share of the funds remaining in the Settlement Account. In order for a previously-identified class member to be entitled to a pro rata share of the Settlement Fund, either (1) the person's claim form must have been received by the Claims Administrator, bearing a timely postmark, or (2) the person must present to the Claims Administrator a return receipt from the United States Post Office showing that the claim form was, in fact, timely mailed to the correct address. The Claims Administrator shall have sole, final and binding authority to determine whether a person's claim was timely.

4. Final distribution of the Settlement Funds shall occur no later than 21 days after the final day for newly-identified class members to mail their claim forms and FLSA consent forms to the Claims Administrator.

IT IS SO STIPULATED.

Dated: June 29, 2005            BAHAN & ASSOCIATES

                                */s/ Della Bahan*
                                DELLA BAHAN
                                Attorneys for Plaintiffs

Dated: June ___, 2005           FORD & HARRISON

                                **FAX SIGNATURE ATTACHED**
                                PATRICIA STAMBELOS
                                Attorneys for Defendants

ORDER

IT IS SO ORDERED.

Dated: 7/1/05

                                */s/*
                                HON. GEORGE H. KING
                                United States District Judge

5

1   4.   Final distribution of the Settlement Funds shall occur no later than 21
2   days after the final day for newly-identified class members to mail their claim
3   forms and FLSA consent forms to the Claims Administrator.
4
5   IT IS SO STIPULATED.
6
7   Dated: June ___, 2005                BAHAN & ASSOCIATES
8
9                                        _____
                                         DELLA BAHAN
                                         Attorneys for Plaintiffs
10
11  Dated: June 28, 2005                 FORD & HARRISON
12
13
                                         _____
14                                       PATRICIA STAMBELOS
                                         Attorneys for Defendants
15
16                                       ORDER
17
18  IT IS SO ORDERED.
19
20  Dated:
21                                       _____
                                         HON. GEORGE H. KING
22                                       United States District Judge
23
24
25
26
27
28

5

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 140 S. Lake Avenue, Suite 230, Pasadena, California 91101.

    On June 30, 2005, I served the foregoing document described as <u>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS</u> on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patricia Stambelos, Esq.
Brett Ruzzo, Esq.
Ford and Harrison
350 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071

[X] **(By Mail)**
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice I place all envelopes to be mailed in a location in my office specifically designated for mail. The mail then would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on <u>June 30, 2005</u>.

[ ] **(By Personal Service)**
I caused such envelope to be delivered by hand to the offices of the addressee. Executed on <u>June 30, 2005</u>.

[X] **(Federal Court)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Nathan Howe*
NATHAN HOWE